UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CAROL L. NELSON,

          Plaintiff,

v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

          Defendant.

CASE NO. C16-5800BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Brian A. Tsuchida, United States Magistrate Judge. Dkt. 20. The Court having considered the R&R and the stipulated motion of the parties, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**.

(2)     Defendant's decision is **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner for further consideration consistent with the R&R.

Dated this 2nd day of March, 2017.

                                      BENJAMIN H. SETTLE
                                      United States District Judge

ORDER